UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>NILOFAR AHRARI, et al.,<br><br>           Defendants. | Case No. 4:15-cv-01053-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The court is in receipt of the Case Management Statement [Docket No. 23] wherein Plaintiff has requested to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for June 3, 2015 at 1:30 p.m. has been CONTINUED to **July 1, 2015 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. Updated Joint Case Management Statement is due no later than **June 24, 2015.**

**IT IS SO ORDERED.**

Dated: May 29, 2015

                                        DONNA M. RYU<br>                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIRECTV, LLC,

    Plaintiff,

v.

NILOFAR AHRARI, et al.,

    Defendants.

Case No.  4:15-cv-01053-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the Order Continuing Initial Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amin  Ahrari
24834 Santa Clara Street
Hayward, CA 94544

Dated: May 29, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2